**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 16-2227

WON YONG KIM,

Debtor - Appellant,

v.

THOMAS PATRICK GORMAN,

Trustee - Appellee,

and

JUDY A. ROBBINS, II,

Trustee.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. T.S. Ellis, III, Senior District Judge. (1:16-cv-00538-TSE-IDD; 16-10064-BFK)

Submitted: April 25, 2017                          Decided: April 27, 2017

Before MOTZ, DUNCAN, and AGEE, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Won Yong Kim, Appellant Pro Se. Thomas Patrick Gorman, OFFICE OF THE CHAPTER 13 TRUSTEE, Alexandria, Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Won Yong Kim appeals from the district court's order dismissing her appeal from the bankruptcy court's dismissal of her Chapter 13 bankruptcy proceeding. The district court dismissed Kim's appeal after she failed to timely file a designation of the record. *See* Fed. R. Bankr. P. 8009(a)(1). We have reviewed the record and the district court's order and find no reversible error and no abuse of discretion. *See* Fed. R. Bankr. P. 8001(a); *In re SPR Corp.*, 45 F.3d 70, 74 (4th Cir. 1995); *In re Serra Builders, Inc.*, 970 F.2d 1309, 1311 (4th Cir. 1992). Accordingly, although we grant leave to proceed in forma pauperis, we affirm the district court's order. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*